Joel T. Marker (4372)
**McKAY, BURTON & THURMAN**
Attorneys for Joel T. Marker, Trustee
170 South Main Street, Suite 800
Salt Lake City, UT 84101
Telephone: (801) 521-4135
Email: jmarker@mbt-law.com

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 08-28881 RKM |
| | | Chapter 7 |
| NATHAN HILL, and | : | |
| JAIME HILL | | |
| Debtors. | : | |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Joel T. Marker, Trustee of the Chapter 7 bankruptcy estate of Nathan and Jamie Hill, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United States Bankruptcy Court registry and represents to the Court that:

1. On March 22, 2010, the following check was issued in the amount set forth below:

| Check # | Creditor and Address | Check Amount |
|---|---|---|
| 10101 | Wasatch Pediatrics<br>7138 South 2000 East, Ste 102<br>Salt Lake City, UT 84121 | $38.48 |

2. Check No. 10101 was returned to Joel. T. Marker with a notation indicating that the account is at a zero (0) balance.

3. The unclaimed funds are on deposit at The Bank of New York Mellon, Account No. 92000244512066.



4.  A check in the amount of $38.48 representing said unclaimed funds, made payable to the Clerk of the Court, U.S. Bankruptcy Court, is attached hereto.

DATED this 12th day of April, 2010.

McKAY, BURTON &THURMAN

By: _____
Joel T. Marker
Attorneys for Joel T. Marker, Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of April, 2010, a true and correct copy of the foregoing was mailed, postage prepaid, to the following:

United States Trustee
405 South Main St., Suite 300
Salt Lake City, UT 84111

Lewis P. Adams
9321 A South Redwood Road
West Jordan, UT 84088

Wasatch Pediatrics
7138 South 2000 East, Ste. 102
Salt Lake City, UT 84121

_____/S/_____
Leanne Ruesch